

# Fourth Court of Appeals
## San Antonio, Texas

October 9, 2020

No. 04-20-00494-CV

**AMERICAN MEDICAL HOME HEALTH SERVICES, LLC**, Hub City Home Health, Inc.D/B/A American Medical Home Health Services ("Hub City"), American Medical Home Health Services San Antonio, LLC ("AM Home Health SA"), American Medical Hospice Care, LLC ("AM Hospice SA"), American Medical Palliative Support, LLC ("AM Palliative Support"), Magdalena (Maggie) Clemente, Rene Estrada, and Gina Trevino.
Appellants

v.

**LEGACY HOME HEALTH INC**. and Legacy Home Care Services, Inc. d/b/a/ All Seasons Home Care, Inc.,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-09053
Honorable David A. Canales, Judge Presiding

# O R D E R

Sitting:      Luz Elena Chapa, Justice
                  Irene Rios, Justice
                  Beth Watkins, Justice

Appellants filed an interlocutory appeal from the trial court's orders granting a temporary injunction.[1] In addition, appellants filed a motion for emergency stay, asking this court to stay the temporary injunction orders pending resolution of this appeal.

We deny appellants' motion for emergency stay. *See* TEX. R. APP. P. 29.3 ("the appellate court must not suspend the trial court's order if the appellant's rights would be adequately protected by supersedeas or another order made under Rule 24"). However, on our own motion, we stay the following deadlines in the temporary injunction orders for a period of twenty-one

---

[1] The interlocutory orders appealed are the September 25, 2020, "Temporary Injunction" and the September 30, 2020, "Order Correcting Temporary Injunction Entered [September 25, 2020]."

days to allow appellants to seek an order under Rule 24 of the Texas Rules of Appellate Procedure from the trial court. The deadlines suspended are:

(1) The order in the first full paragraph of page 6 of the Order Correcting Temporary Injunction Entered [September 25, 2020], requiring appellants to provide appellees information and documents within ten days of the Order; and

(2) the order beginning at the top of page 9 of the Order Correcting Temporary Injunction Entered [September 25, 2020], requiring appellees Magdalena (Maggie) Clemente, Rene Estrada, and Gina Trevino to produce certain electronic devices, together with information regarding their online data storage accounts and their login credentials, within three business days of appellants' counsel being notified of the identity of the computer professional who will examine the devices.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of October, 2020.

MICHAEL A. CRUZ, Clerk of Court